O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT K. KING, | ) | Case No. CV 09-297 CAS(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| DERWAL ADAMS, | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Respondent. | ) | JUDGE |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice because the Petition is barred by the statute of limitations and because petitioner has failed to prosecute this action.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on petitioner and on counsel for respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6    DATED: July 8, 2009

/s/ Christina A. Snyder
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE