JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT K. KING, | ) | Case No. CV 09-297 CAS(JC) |
| | ) | |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DERWAL ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 8, 2009

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE